UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JAYLEN APPLING AND J.M., a minor by their Parent and Guardian, ELY TORRES,

                      Plaintiffs,

        -against-

CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------------------ x

<u>NOTICE OF APPEARANCE</u>

24-CV-2908 (NRB)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant the City of New York, on behalf of the Corporation Counsel of the City of New York, MURIEL GOODE-TRUFANT, and requests that all future papers in this action be served upon the undersigned at the address stated below.

                      MURIEL GOODE-TRUFANT
                      Corporation Counsel
                      of the City of New York
                      *Attorney for Defendant City of New York*
                      100 Church Street
                      New York, NY 10007

                      By:
                      */S/ Jeffrey Noll*
                      **JEFFREY NOLL, ESQ.**
                      *Assistant Corporation Counsel*
                      (212) 356-2617
                      jnoll@law.nyc.gov

cc:    <u>VIA ECF</u>
        *All Counsel of Record*