```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JAYLEN APPLING and J.M., a minor by
their Parent and Guardian, ELY
TORRES,
                                                    ORDER
                    Plaintiffs,
                                                25 Civ. 2908 (NRB)
          - against -

THE CITY OF NEW YORK, NYPD OFFICER
CHRISTOPHER HENDRICKSON, NYPD OFFICER
KASEEM PENNANT, NYPD OFFICER DERRECK
CRUZ, NYPD OFFICER JOSEPH WHELAN, NYPD
OFFICER PHONG LE, NYPD MEMBERS JOHN
DOES 1-12, and NYPD SUPERVISORS RICHARD
ROES 13-20,

                    Defendants.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 45 days.

DATED:    New York, New York
          August 7, 2025

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE