UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JAYLEN APPLING AND J.M., a minor by their Parent and Guardian,
ELY TORRES,

                                                  Plaintiffs,

-against-

THE CITY OF NEW YORK; NYPD OFFICER CHRISTOPHER
HENDRICKSON (#9384); NYPD OFFICER KASEEM PENNANT
(29437); NYPD OFFICER DERRECK CRUZ (#18234); NYPD
OFFICER JOSEPH WHELAN (#24140); NYPD OFFICER PHONG
LE (#13478); NYPD MEMBERS JOHN DOES 1-12 AND NYPD
SUPERIVSORS RICHARD ROSES 13-20;

                                                 Defendants.
---------------------------------------------------------------X

Case No. 25-cv-02908



**ORDER OF COMPROMISE**

      WHEREAS Plaintiff J.M., a minor by their Parent and Guardian, ELY TORRES, on by and through his attorneys Wylie Stecklow PLLC, has negotiated a settlement in the amount of $92,500.00 plus other non-monetary terms;

      AND upon consideration of the Declaration of Ely Torres, the Declaration of Wylie Stecklow, and the exhibits thereto;

      IT IS HEREBY ORDERED pursuant to Local Civil Rule 83.2(a). that the proposed settlement is approved, and

      IT IS FURTHER ORDERED that:

      1. The proposed payment of $30,833 in attorneys' fees and to Wylie Stecklow PLLC ("WSPLLC"), consisting of $17,5000 from the separate fees and $13,333 from the $75,000 settlement, is approved;

2. WSPLLC is authorized to hold the gross settlement funds in escrow pending the finalization of a trust for the benefit of J.M. and to disburse reasonable costs related to the establishment of the trust from the escrowed settlement proceeds; and

3. WSPLLC is authorized to pay the remaining settlement proceeds directly into the trust account once it is finalized.

Dated: October 14, 2025

SO ORDERED.

*Katharine H Parker*

Katharine H. Parker, U.S. Magistrate Judge